# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darrell Gillette, an unmarried man,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DZYNE Technologies Incorporated, A Delaware corporation,<br><br>　　　　　　　　Defendant. | Case NO. 8:20-cv-01942-JLS-ADS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

　　Upon review of the Stipulation for Dismissal with Prejudice filed by Plaintiff Darrell Gillette and Defendant DZYNE Technologies Incorporated,

　　IT IS HEREBY ORDERED that all claims against Defendant are dismissed with prejudice, each party to bear their own legal fees and costs.

DATED:  September 16, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE